# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN

| | |
|---|---|
| CHRIS OPPENHEIMER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF COACHELLA; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No.: 5:24-cv-00620 KK (DTBx)<br><br>Hon. Kenly Kato<br><br>**[PROPOSED] ORDER RE: STIPULATION TO DISMISS AND REMAND** |

Pursuant to the stipulation of Plaintiff CHRIS OPPENHEIMER ("Plaintiff"), as well as Defendants CITY OF COACHELLA ("City") and LIZZANDRO DIAZ ("Diaz") (collectively, "Defendants"), and GOOD CAUSE appearing, it is hereby ordered that:

　　1.　Plaintiff's 10th Cause of Action for Failure to Pay Overtime Wages under the Fair Labor Standards Act shall be dismissed with prejudice.

　　2.　The Action is remanded to the Riverside County Superior Court.

　　3.　Each party shall bear its own fees and costs with respect to the dismissal of the 10th Cause of Action with prejudice, removal, and subsequent

[PROPOSED] ORDER ON STIPULATION TO DISMISS AND REMAND

12741489.1 CO015-009

1 | remand of the Action pursuant to this stipulation and order.

2

3 | IT IS SO ORDERED.

4

Dated: 01/22/2025

_____
Hon. Kenly Kato
Judge

2
[PROPOSED] ORDER ON STIPULATION TO DISMISS AND REMAND